UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

Hanifi Marlow Jihad,

       Plaintiff,

vs.                                                                    ORDER ADOPTING THE REPORT
                                        AND RECOMMENDATION

Commissioner Joan Fabian,

       Defendant.                                               Civ. No. 10-4075(DSD/LIB)

* * * * * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of the United States Magistrate Judge Leo

I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled

matter, **IT IS ORDERED** that:

1.      Plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 2) be

**DENIED**; and

2.      This action be **DISMISSED WITHOUT PREJUDICE**.

Dated:  December 6, 2010

                                     s/David S. Doty
                                     DAVID S. DOTY
                                     United States District Court Judge